**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of  Delaware
                  (State)

Case number (*If known*): _____    Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Essar Steel Minnesota LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | Minnesota Steel Industries, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 1 1 – 3 6 7 8 7 7 0 |

4. **Debtor's address**

**Principal place of business**

555    W. 27th Street
Number    Street

_____

Nashwauk         MN        55746
City             State     ZIP Code

St. Louis County
County

**Mailing address, if different from principal place of business**

277    Park Avenue    35th Floor
Number   Street

_____
P.O. Box

New York City    NY    10172
City             State  ZIP Code

**Location of principal assets, if different from principal place of business**

17113   County Road 58
Number   Street

_____

Nashwauk         MN     55769
City             State  ZIP Code

5. **Debtor's website** (URL)    www.essarsteelmn.com

6. **Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __Essar Steel Minnesota LLC_____        Case number (*if known*)_____
        Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❏ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__2__ __1__ __2__ __2__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ❏ Chapter 7 |
| | | ❏ Chapter 9 |
| | | ☒ Chapter 11. *Check all that apply*: |

  ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☒ No |
|---|---|---|
| | | ❏ Yes.  District _____  When _____  Case number _____ |
| | |                                         MM / DD / YYYY |
| | |      District _____  When _____  Case number _____ |
| | |                                         MM / DD / YYYY |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ❏ No |
|---|---|---|
| | | ☒ Yes.  Debtor __See Annex A, attached hereto._____   Relationship _____ |
| | |      District _____   When _____ |
| | |                                                  MM / DD / YYYY |
| | |      Case number, if known _____ |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **2**

Debtor   Essar Steel Minnesota LLC
        Name                                            Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name     _____
       Phone            _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000             ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☒ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  Essar Steel Minnesota LLC
        Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☑ I have been authorized to file this petition on behalf of the debtor.

☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/08/2016
             MM / DD / YYYY

X _[signature]_  Madhu Vuppuluri
Signature of authorized representative of debtor    Printed name

Title  President and Chief Executive Officer

**18. Signature of attorney**

X /s/ Jeffrey M. Schlerf          Date  07 / 08 / 2016
Signature of attorney for debtor         MM / DD / YYYY

Jeffrey M. Schlerf
Printed name

Fox Rothschild LLP
Firm name

919 N. Market St., Suite 300
Number    Street

Wilmington              DE       19801
City                    State    ZIP Code

302-654-7444                     JSchlerf@foxrothschild.com
Contact phone                    Email address

3047                             DE
Bar number                       State

# ANNEX A

1. ESML Holdings, Inc., Chapter 11, Case No. 16-__11626__ (   ), filed in the United States Bankruptcy Court, District of Delaware on July 8, 2016, affiliate of the Debtor.

2. Essar Steel Algoma Inc. USA, Chapter 15, Case No. 15-12270 (BLS), filed in the United States Bankruptcy Court, District of Delaware on November 9, 2015, affiliate of the Debtor.

3. Essar Steel Algoma Inc., Chapter 15, Case No. 15-12271 (BLS), filed in the United States Bankruptcy Court, District of Delaware on November 9, 2015, affiliate of the Debtor.

4. Cannelton Iron Ore Company, Chapter 15, Case No. 15-12272 (BLS), filed in the United States Bankruptcy Court, District of Delaware on November 9, 2015, affiliate of the Debtor.

5. Essar Steel Algoma (Alberta) ULC, Chapter 15, No. 15-12273 (BLS), filed in the United States Bankruptcy Court, District of Delaware on November 9, 2015, affiliate of the Debtor.

6. Essar Tech Algoma Inc., Chapter 15, Case No. 15-12274 (BLS), filed in the United States Bankruptcy Court, District of Delaware on November 9, 2015, affiliate of the Debtor.

7. Algoma Holdings B.V., Chapter 15, Case No. 15-12349 (BLS), filed in the United States Bankruptcy Court, District of Delaware on November 20, 2015, affiliate of the Debtor.[1]

---

[1] The chapter 15 cases listed herein are ancillary proceedings of the Canadian Companies Creditors Arrangement Act case: In the Matter of the Companies Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended and in the Matter of a Plan of Compromise or Arrangement of Essar Steel Algoma Inc., Essar Tech Algoma Inc., Essar Steel Algoma (Alberta) ULC, Cannelton Iron Ore Company and Essar Steel Algoma Inc. USA, Court File No. CV-15-000011169-00CL, filed in the Ontario Superior Court of Justice (Commercial List) on November 9, 2015.

# MINUTES OF A MEETING AND
# RESOLUTIONS OF THE BOARD OF GOVERNORS OF
# <u>ESSAR STEEL MINNESOTA LLC</u>

The Board of Governors (the "Board") of Essar Steel Minnesota LLC (the "Corporation") held a meeting on July 8, 2016. In attendance at the meeting (either in person or via telephone) were Madhu S. Vuppuluri, Harshad Shah, Vik Jindal, Bruce Cairnduff, Tarang Gupta, and Prashant Ruia, constituting all of the members of the Board and a quorum.

Madhu Vuppuluri acted as Chairman and presided over the meeting, and Susan Fennessey served as the secretary of the meeting.

The Chairman called the meeting to order and announced that the purpose of the meeting was, among others, to discuss the Corporation's current circumstances regarding financial liquidity and authorize the Corporation's filing of a petition (the "<u>Petition</u>") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

After discussion and review of the current circumstances regarding the Corporation's financial liquidity with the Corporation's executive officers and legal advisors and after evaluating and considering the information provided by and the recommendations of the Corporation's executive officers and legal advisors, the following resolutions, among others, were duly made and seconded and unanimously adopted by the Board.

> RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, creditors of the Corporation, shareholders or stockholders, as the case may be, of the Corporation and other interested parties, for the Corporation to file the Petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is
>
> FURTHER RESOLVED, that the Petition is adopted in all respects, and that the officers of the Corporation (the "<u>Authorized Persons</u>") be, and they hereby are, authorized and directed, on behalf of the Corporation, to execute the Petition or authorize the execution of a filing of the Petition by the Corporation and to cause the same to be filed (the "<u>Chapter 11 Case</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") at such time as the Authorized Persons consider appropriate; and it is
>
> FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 Case, and to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the Chapter 11 Case; and it is
>
> FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of White & Case

LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to and represent the Corporation in connection with the Chapter 11 Case; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of Fox Rothschild LLP, upon such terms and conditions as the Authorized Persons shall approve, to act as Delaware counsel and to render legal services to, and to represent, the Corporation in connection with the Chapter 11 Case; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the firm of Guggenheim Securities, Inc., upon such terms and conditions as the Authorized Persons shall approve, to render services to the Company in connection with the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Chapter 11 Case, upon such terms and conditions as the officers shall approve, to assist the Corporation in connection with the Chapter 11 Case on such terms as are deemed necessary, proper and desirable; and it is

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Case by the Corporation, the Authorized Persons be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation to negotiate, execute, deliver, and cause the Corporation to perform under a debtor in possession loan facility or other form of credit support or enhancement (including, without limitation, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Persons consider appropriate) on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable (including, without limitation, the granting of liens, security interests and superpriority administrative claims and the guaranteeing of affiliate obligations), such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement or instruments on behalf of the Corporation and/or file such pleadings as may be necessary with the Bankruptcy Court or otherwise in respect thereof; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the Petition under Chapter 11 of the Bankruptcy Code or in any other connection with the Chapter 11 Case, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed, in the name and on behalf of the Corporation to take or

cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

FURTHER RESOLVED, that each of the governors hereby waives any and all irregularities of notice, with respect to the time and place of meeting, and consents to the transaction of all business represented by these meeting minutes.

IN WITNESS WHEREOF, the undersigned has executed these Minutes of a Meeting of the Board as of the 8th day of July, 2016.

_____
Susan A. Fennessey, Secretary

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____Delaware_____ |
| (State) |
| Case number *(if known)*: _____   Chapter  11 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Bank National Association, Agent for US Term Loan  Attn: Prital K. Patel  Two Liberty Place  50 South 16th Street, Suite 1950  Philadelphia, PA 19102  U.S. Bank National Association, Agent for US Term Loan  Attn: James A. Hanley  300 Delaware Ave, 9th Floor  Wilmington, DE 19801 | Attn: Prital K. Patel  Phone: 215-761-9424  Fax: 866-350-2101  Email: prital.patel@usbank.com  Attn: James A. Hanley  Phone: 302-576-3714  Fax: 302-576-3717  Email: james.hanley1@usbank.com | US Term Loan | Unliquidated | $348,800,000 | Unknown | Unknown |
| 2 | ICICI Singapore, Agent for the Project Finance Debt  Attn: Linda Phua  9 Raffles Place  50-01 Republic Plaza  Singapore 048619  Signapore | Attn: Linda Phua  Phone: +65-6723-9009  Fax: +65-6723-9268  Email: copsagency@icicibank.com | Project Finance Debt | Unliquidated | $529,957,247 | Unknown | Unknown |
| 3 | Central Bank of India, Agent for the Supplier Credit Debt  Attn: S. D. Mahurkar, Deputy General Manager  Standard Building, 1st Floor  D. N. Road  Mumbai 400 023  India | Attn: S. D. Mahurkar, Deputy General Manager  Phone: +022–22047229  Fax: +022–22044720  Email: dgmcfb3007@centralbank.co.in; cfbcbi@gmail.com | Supplier Credit Debt | Unliquidated | $139,493,944 | Unknown | Unknown |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Minnesota Department of Employment and Economic Development ("DEED") Attn: Kevin McKinnon, Deputy Commissioner – Economic Development 1st National Bank Building, 332 Minnesota Street, E-200 St. Paul, MN 55101-1351 | Attn: Kevin McKinnon, Deputy Commissioner Phone: 651-259-7440 Fax: 651-296-4772 Email: kevin.mckinnon@state.mn.us | State Grant | Unliquidated | | | $64,250,000 |
| 5 | Atlantic Specialty Insurance Company Attn: 601 Carlson Parkway, Suite 700 Minnetonka, MN 55305 | Attn: Phone: Fax: Email: | Litigation | Contingent, Unliquidated & Disputed | | | $15,285,004 |
| 6 | Internal Revenue Service Attn: Bart Brellenthin 1550 American Blvd East Bloomington, MN 55425 | Attn: Bart Brellenthin Phone: 651-726-1596 Fax: 888-284-0163 Email: | Withholding Tax | Contingent, Unliquidated & Disputed | | | $7,900,000 |
| 7 | Axis Capital Inc. Attn: Andrea Zana (Amur Capital) P.O. Box 2555 Grand Island, NE 68801 | Attn: Andrea Zana (Amur Capital) Phone: Fax: Email: andrea.zana@amurcapital.com | Trade Claim | Contingent, Unliquidated & Disputed | | | $2,908,093 |
| 8 | Paul Hastings LLP Attn: Douglas H. Flaum LOCKBOX 4803 P.O. Box 894803 Los Angeles, CA 90189-4803 | Attn: Douglas H. Flaum Phone: 212-318-6259 Fax: 212-230-7759 Email: douglasflaum@paulhastings.com | Trade Claim | | | | $2,185,601 |
| 9 | Flsmidth Inc Attn: Russell K. Sanford 2040 AVE C Bethlehem, PA 18017-2188 | Attn: Russell K. Sanford Phone: 610-264-6171 Fax: 610-264-6170 Email: Russell.Sanford@flsmidth.com | Trade Claim | | | | $2,084,635 |
| 10 | Sylvain Maggard, d/b/a Orleans Management Group, LLC c/o Harman Claytor Corrigan & Wellman Attn: John R. Owen, Esq. 4951 Lake Brook Drive, Suite 100 Glen Allen, VA 23060 | Attn: John R. Owen, Esq. Phone: 804-762-8028 Fax: 804-747-6085 Email: jowen@hccw.com | Litigation | Contingent, Unliquidated & Disputed | | | $1,150,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | Northern Natural Gas<br>Attn: Michael T Barry<br>P.O. BOX 3330<br>Omaha, NE 68103-0330 | Attn: Michael T Barry<br>Phone: 877-654-0646<br>Fax:<br>Email: mike.barry@nngco.com | Trade Claim | | | | $432,037 |
| 12 | MN Dept of Nat Resources<br>Attn: Joe Henderson<br>500 Lafayette Road Box 45<br>St. Paul, MN 55155-4050 | Attn: Joe Henderson<br>Phone: 651-259-5379<br>Fax:<br>Email: Joseph.Henderson@state.mn.us | Trade Claim | | | | $422,095 |
| 13 | Ziegler Inc<br>Attn: Mark Allen<br>10081 US Hwy 169<br>Buhl, MN 55713 | Attn: Mark Allen<br>Phone: 218-258-3232<br>Fax: 218-258-3224<br>Email: Mark.Allen@zieglercat.com | Trade Claim | | | | $368,645 |
| 14 | Mintec<br>Attn: F. Erman Koc<br>3544 E Fort Lowell Rd<br>Tucson, AZ 85716 | Attn: F. Erman Koc<br>Phone: 520-795-3891<br>Fax: 520-325-2568<br>Email: Erman.Koc@hexagonmining.com | Trade Claim | | | | $265,011 |
| 15 | Om Freight Forwarders PVT. Ltd.<br>Attn: Vishal Joshi<br>711/716 Corporate Centre<br>Mumbai 400080<br>India | Attn: Vishal Joshi<br>Phone: +91-22-25657999 / +91-22-25923588<br>Fax: +91-22-25923588<br>Email: vishal@omfreight.com | Trade Claim | | | | $228,293 |
| 16 | TSC Logistics<br>Attn: Stan Stolzenthaler<br>7926 Wrenwood Blvd, Suite B<br>Baton Rouge, LA 70809 | Attn: Stan Stolzenthaler<br>Phone: 832-243-1603<br>Fax: 832-243-1684<br>Email: stan@tsclogistics.com | Trade Claim | | | | $224,170 |
| 17 | The GTI Group<br>Attn: James Corbeil<br>9500 Ryan Avenue<br>Dorval, QC H9P 3A1<br>Canada | Attn: James Corbeil<br>Phone: 514-634-7655<br>Fax: 514-634-8287<br>Email: james.corbeil@thegtigroup.com | Trade Claim | | | | $222,145 |
| 18 | Isco Industries Inc<br>Attn: Mark Hugger<br>1974 Solutions Center<br>Chicago, IL 60677-1009 | Attn: Mark Hugger<br>Phone: 502-714-5369<br>Fax: 502-238-8100<br>Email: Mark.Hugger@isco-pipe.com | Trade Claim | | | | $202,500 |
| 19 | Minnesota Power<br>Attn: Robert Nanti<br>30 W Superior St<br>Duluth, MN 55802-2093 | Attn: Robert Nanti<br>Phone: 800-228-4966<br>Fax: 218-471-4018<br>Email: rnanti@mnpower.com | Trade Claim | Unliquidated | | | $202,447 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Cessna Finance Corporation<br>Attn: Ivan Cacares<br>Two Cessna Blvd<br>Wichita, KS 67215 | Attn: Ivan Cacares<br>Phone: 866-232-5626<br>Fax: 316-660-1260<br>Email:<br>RHotaling@textronfinancial.com | Trade Claim | | | | $155,677 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-_____ (___)<br><br>(Joint Administration Requested) |

## DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer for the Debtor in the above-captioned chapter 11 case, declare under the penalty of perjury under the laws of the United States of America that I have reviewed the foregoing List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers and the Debtor's books and records.

Dated: July 8, 2016

Signature: _____
Name:     Sanjay Bhartia
Title:    Chief Financial Officer

---

[1] The last four digits of Essar Steel Minnesota LLC's taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s taxpayer identification number are 8071.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>(Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Essar Steel Minnesota LLC (the "Debtor") hereby states:

## STATEMENT

The following entities directly or indirectly own 10% or more of a class of equity in the Debtor:

- ESML Holdings Inc. (100%)

## CERTIFICATION

I, the undersigned authorized officer of the Debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated: July 8, 2016
New York, NY

_____
Sanjay Bhartia, Chief Financial Officer

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.